# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2024 KW 0551

VERSUS

CHRISTOPHER R. SMITH

**AUGUST 12, 2024**

---

In Re: Louisiana Department of Health Bureau of Legal Services, applying for supervisory writs, 20th Judicial District Court, Parish of East Feliciana, No. 18-CR424.

---

**BEFORE: WOLFE, MILLER, AND GREENE, JJ.**

**WRIT DENIED ON THE SHOWING MADE.** Relator failed to provide this court with a copy of the defendant's bill of information, applicable criminal court minutes, or any other documentation from the criminal record that would support the claims in the writ application. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. In the event relator elects to file a new application with this court, it may do so on or before August 26, 2024. Any future filing on this issue should include the entire contents of this application, the missing items noted above, and a copy of this ruling. Furthermore while this matter was pending, the Legislature enacted La. Code Crim. P. art. 657.3, which may be more appropriate under the circumstances.

EW
SMM
HG

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT